[No. 6698–1.   Division One.   April 9, 1979.]

FRANK KUSTINA, *Appellant,* v. HISTORIC SEATTLE
PRESERVATION AND DEVELOPMENT AUTHORITY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 833228, Jack P. Scholfield, J., entered June 15,
1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson, A.C.J., and Farris, J.

[No. 2806–3.   Division Three.   April 12, 1979.]

B. EIRGIL SMITH, ET AL, *Respondents,* v. HAROLD
MCCULLY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 66792, James B. Mitchell, J., entered
January 12, 1978. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and Roe, J.

[No. 6027–1.   Division One.   April 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
BENTON MCKENSIE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81658, Lloyd W. Bever, J., entered October 12,
1977. *Affirmed in part* and *remanded* by unpublished
opinion per Dore, J., concurred in by Farris and James, JJ.

[No. 6099–1.   Division One.   April 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY PILON,
*Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 8378, Daniel T. Kershner, J.,
entered December 8, 1977. *Remanded* by unpublished
opinion per Williams, A.C.J., concurred in by Andersen and
Ringold, JJ.